UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN C. PARRY | CIVIL ACTION NO: |
| vs. | 3:19-cv-01548-JCH |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | JANUARY 31, 2020 |

## NOTICE OF SETTLEMENT

Plaintiff, John C. Parry, and Defendant, The Lincoln National Life Insurance Company, file this notice to notify the Court that this matter has settled. The parties respectfully request that the Court enter a Thirty Day Settlement Order of Dismissal to provide the parties with time to prepare and finalize a settlement agreement, and file a stipulation of dismissal.

In addition, the parties ask the court to excuse the plaintiff from filing a Statement of Good Cause for Limited Discovery due today and also excuse the defendant from filing a reply brief due by 2/10/2020 as was ordered by the Court on 1/21/2020 Doc No. [11].

PLAINTIFF

By   /S/ Iván A. Ramos
Iván A. Ramos (ct#14122)
RamosLaw
255 Main Street, Suite 401
Hartford, Connecticut 06106
Tel. (860) 519-5242

Fax. (860) 838-6403
ivan@ramosdisability.com


DEFENDANT

/s/ Scott K. Pomeroy
Scott K. Pomeroy (ct30285)
(scott.pomeroy@ogletree.com)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Tel: (207) 387-2961

Fax:(207)387-2986

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, the foregoing document was filed electronically with the Clerk of Court using the ECF system which will send notification of such filing to those persons registered in this case with the ECF system.

By   /S/ Iván A. Ramos_____
Iván A. Ramos (ct#14122)
RamosLaw
255 Main Street, Suite 401
Hartford, Connecticut 06106
Tel. (860) 519-5242
Fax. (860) 838-6403
ivan@ramosdisability.com