## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN C. PARRY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE LINCOLN NATIONAL LIFE  )<br>INSURANCE COMPANY,  )<br>)<br>Defendant.  )<br>_____ ) | CIVIL ACTION NO. 3:19-CV-1548 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff John C. Parry and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and the same hereby are dismissed with prejudice.  Each party shall bear his or its own costs and expenses of litigation.

DATED:  February 12, 2020

*Attorneys for Plaintiff John C. Parry,*

/s/ Iván A. Ramos
Iván A. Ramos (CT Bar No. 14122)
(ivan@ramosdisability.com)
RAMOSLAW
255 Main Street, Suite 401
Hartford, CT  06106

Tel: (860) 519-5242
Fax: (860) 838-6403

*Attorneys for Defendant The Lincoln National Life Insurance Company,*

/s/ Scott K. Pomeroy
Scott K. Pomeroy (ct30285)
(scott.pomeroy@ogletree.com)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108

Tel: (207) 387-2961
Fax: (207) 387-2986

**CERTIFICATE OF SERVICE**

      The undersigned attorney for Defendant certifies that on this day the foregoing was filed with the Clerk of Court using the CM/ECF system which will provide notification of such filing upon counsel for Plaintiff in this action via the CM/ECF system and addressed as follows:

                Ivan A. Ramos (CT Bar No. 14122)
                RAMOSLAW
                255 Main Street, Suite 401
                Hartford, CT  06106
                ivan@ramosdisability.com

This is the 12th day of February, 2020.

                                        /s/ Scott K. Pomeroy
                                        Scott K. Pomeroy (ct30285)